```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0102--CR (RRB)
                  "USA V JEFFREY LEE TURNER"
                   DEF 1.1 TURNER, JEFFREY LEE

     Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 10/19/05
             Closed: NO
 No. of Defendants: 1
    MJ Case Number: A05-0118--MJ
                AKA:
   Location status: U.S. Custody
         Trial date: 12/12/05
         Terminated: NO
 Needs interpreter: NO
 Counsel of record: Kevin F. McCoy
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 TURNER, JEFFREY LEE
```

| Document   | Count | Citation and Description      | Disposition |
|------------|-------|-------------------------------|-------------|
| 1 - 1 IND  | 1     | 18:2113(a) BANK ROBBERY (F)   | Pending     |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0102--CR (RRB)
                              "USA V JEFFREY LEE TURNER"

                                   For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/19/05
            Closed: NO
No. of Defendants: 1


 Document #    Filed     Docket text
 ──────────    ─────     ───────────
      1 -  1  10/19/05   [Re: DEF 1] PLF 1 Indictment.

      6 -  1  10/19/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 10/20/05; PTM's due 11/10/05. cc: USA, FPD

   NOTE -  1  10/20/05   Notation: Proposed trial setting for arr sent to chambers.

      2 -  1  10/20/05   [Re: DEF 1] JDR Grand Jury Minutes.  No bail set. (Detention per
                         18:3142).  Set for arraignment and notify USM Office.  In federal
                         custody, ACCE.

      3 -  1  10/20/05   [Re: DEF 1] Documents 2 - 10 transferred from: A05-0188 MJ (JDR) TO
                         A05-0102 CR (RRB).

      4 -  1  10/20/05   [Re: DEF 1] JDR Minute Order arraignment set for 10/21/05 at 10:00 a.m.
                         in Courtroom #6.  cc: AUSA, FPD, USM, USPO

      5 -  1  10/21/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         10/21/05); def plead not guilty to ct 1 of the Indt; def's det cont;
                         meet and confer by 10/26/05, ptm's due 11/10/05; TBJ set for 12/12/05
                         before USDJ Beistline; cc: USA, FPD, USM, USPO, JC, Judge Beistline.

      7 -  1  10/26/05   [Re: DEF 1] RRB Minute Order setting trial by jury for 12/12/05 at 8:30
                         a.m. and Final PT Conf for 12/6/05 at 8:45 a.m.. cc: AUSA, FPD, USM,
                         USPO,MJ ROBERTS, JC

      8 -  1  10/26/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.
```