Honorable Judge Beistline,

I'm writting you today Sir to hopefully give you some Insight Into who I believe I Am & who, or Rather where I would like to be Today - Tomorrow - Forever ...

Judge Beistline I haven't had much In my life other than my will to Survive, As you Know By Now Sir I went through A lifetime of Horrors before Age 10. I Saw A Grandmother who Raised me Murder'd - Never met my Father And lost A mother through her own Actions (vengeance) Regarding the man who Shot my Grandmother. As you can See Judge Beistline my whole world Collapsed & caved In on me, I was Alone And lost In a Jungle (Los Angeles) without Family Love And or Guidance! I lost more before Age 10 than most people lose or Don't lose Sir In their entire life! between you And I Judge Beistline

My life never truly Recovered, I
Saw my mother sell her self to
support me And to feed us - I Saw
Drug Abuse At such levels sir that
one would think I'm Exagurating
Judge Beistline, though I'm Being
totally open And truthful! I could
Not depend on Anyone for nothing
Just my Mother i myself, lost together
Judge Beistline somehow I maintain-
ed in my younger years somewhat
I guess - Truly Now that I put some
thought into the process sir All I Did
was (white knuckle) it for my school
years And Ran At the first opportunity
to get Away from my Dreadful life,
without money - Education - support i
Any understanding of the Real world!
Judge Beistline I tried to correct the
problem As I knew it At that point
in my life, I knew in order to be-
come a viable Tax paying citizen that
I would need both a career i educa-
tion And shelter, Enter Job corp!!
Sir It was the Best time of my life

It taught me so much and I l-
earned to become an independent
person who could stand on my own
two feet! For a short time period
Sie 84-88 my life had never been
better, I truly overachieved Judge Be-
istline ① I got my G.E.D. From Ska-
git Valley Community College ② I also
got my Drivers License; completed a
Defensive Drivers Course - which enabled
me to obtain my C.D.L. License also, I
completed a 2 year course in Plastering
; Cement Masonary in 9 months; even
taught the course in my Instructors absence!
Upon getting my Certificate of Completion
I went to work for a couple years
before moving on to greater pursuits in
my young life. I was a District Ma-
nager for Burger Kings for several
years; then the bottom fell out. I
was introduced to cocaine Sie and
my life has been one big nightmare
after another! Don't get me wrong
Judge Beistline It's not for my luck
of trying I've completed the longest;

State System officers, not once Sir
But twice! (Aceela House) I'm no quit-
ter Judge Beistline and I would like
for you to know this Sir cause I'm
truly looking at a very long time be-
hind bars. I'm so very sorry for the
pain and suffering my actions have c-
aused to my victim - community - family
Wife Sir, I mean that from the bo-
ttom of my heart. I've often wondered
how people can use Drugs & Function
to a Degree and yet I seem to just
black out & make some terrible choices
Judge Beistline, From me to you Sir
I'm Done & I've tapped out of this f-
ight Sir - "I'm Done for the Full count".
            Judge Beistline here Re-
cently I've discovered that my Drug U-
sage coupled with my Diabetic medic-
ations can cause extreme Aggresive be-
havior, which explains a Great Deal to me.
And to compound matters Sir having Low
Blood Sugar causes erratic behavior & Poor
decision making to Say the least.

Exhibit A - Page 4 of 6

I've asked for mental exam, Also discovers I'm very Depressed And they Recommends medication & treatment. No matter your Decision Judge Beistline I'm still trying to correct my wrongs And make my Amends. Upon my Arrest Sir I had A elevated Blood Sugar count - 373 And coupled with my medications & cocaine usage explains my Impulsive behavior."

Judge Beistline this whole Process In my eye's have been wrong, from my Drug Induced - Stupid decision Making which Resulted in my crime All the way to the present process And how It's being Handled is Just plain wrong. However I'm A Man And must be held Accountable for my Actions, Right the wrongs I've committed Against our community.

Judge Beistline 12 years In the Federal System Sir's A Great deal of time, At my Age 40 It's Just Shy of A lifetime Sentence Sir. I do believe my Mitigators warrant the lower End of my Matrix Sir, would you Please Put some thought Into my

Exhibit A - Page 5 of 6

Request for a lesser Sentence?

1. No weapons in this crime or any in my past.

2. No one injured (physically)

3. First Federal offense

4. All monies were Recovered

5. I did not B---shit the Federal Gov. And owned my behavior i accepted my deal, though I knew I was getting straight screwed.

6. From Day one my intentions have been to lessen the pain i suffering of my victims i Family Alike by pleading to this A.S.A.P. And making it go away sooner, thus they all could start the healing process.

7. In the process of getting myself help mentally - Do further work upon my Drug Dependency within the system.

Sir I'm wrong for what I've done and the pain i've caused to all involved, I ask of you today to please take into account what I've written you - Thanks

Jeffery Turner