**PROVIDENCE HEALTH SYSTEMS - ALASKA**
PO BOX 196276
ANCHORAGE, AK 99519-6276

ADDRESS SERVICE REQUESTED

| FOR THE ACCOUNT OF | | STATEMENT DATE |
|---|---|---|
| 05279-00884 | | 10/22/05 |
| PATIENT INFORMATION | ADMIT: 10/06/05 | DISCHARGE: 10/07/05 |
| 134777 MEDICARE OUTPATIENT | | 523642169A |
| 132001 MEDICAID ALASKA | | 0600291160 |

IF PAYING BY CREDIT CARD, SEE REVERSE SIDE

☐ MASTERCARD   ☐ VISA

PAY THIS AMOUNT $
AMOUNT ENCLOSED $

**REMIT TO**                        **ADDRESSEE**

PROVIDENCE HEALTH SYSTEMS - ALASKA
PO BOX 196276
ANCHORAGE, AK 99519-6276

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**SUMMARY STATEMENT**   PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | | DESCRIPTION | REVENUE CODE | QUANTITY | UNIT PRICE | TOTAL CHARGES |
|---|---|---|---|---|---|---|
| 10/06/05 | 1725 | DILANTIN-PHENYTOIN | 300 | 1 | 166.00 | 166.00 |
| 10/06/05 | 3625 | PHENOBARBITAL LEVEL | 300 | 1 | 166.00 | 166.00 |
| 10/06/05 | 3635 | BASIC METABOLIC PANEL (AM | 300 | 1 | 92.00 | 92.00 |
| 10/06/05 | 7788 | Phlebotomy Fee | 300 | 1 | 18.00 | 18.00 |
| 10/06/05 | 925 | CARBAMAZEPINE-TEGRETOL | 300 | 1 | 166.00 | 166.00 |
| | | TOTAL LABORATORY | | | | 608.00 |
| 10/06/05 | 99282 | CLASS II-LIMITED | 450 | 1 | 255.00 | 255.00 |
| | | TOTAL EMERGENCY ROOM | | | | 255.00 |
| | | TOTAL CHARGES | | | | 863.00 |

Providence Health Systems
Anchorage, Alaska
907-565-8500

ACCOUNT
05279-00884

Please note: The amounts indicated to be paid by third parties are estimated by the Providence Health Systems; however, the patient or responsible party are responsible for the total charges. Thank you.

Total Balance

PLEASE RETAIN FOR YOUR RECORDS

Providence Health System
Alaska Region

PO Box 389668
SEATTLE WA 98138-9668

WEB: http://www.providence.org/Alaska/cso
WID: K11766783

TOLL-FREE: (866) 397-9269
PAGE: 1                    PAKA102

ADDRESSEE:
K11766783 SPS 527900884-0000

IF PAYING BY MASTERCARD, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

☐ MASTERCARD    ☐ VISA    ☐ AMERICAN EXPRESS

| CARD NUMBER | | EXP. DATE (REQUIRED) |
|---|---|---|
| SIGNATURE | | AMOUNT |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # | BALANCE |
|---|---|---|---|
| 12-01-2005 | 863.00 | 527900884-0000 | 863.00 |

SHOW AMOUNT PAID HERE  $

REMIT TO:

PROVIDENCE ALASKA MEDICAL CTR
PO BOX 34158
SEATTLE, WA 98124-1158

---

**BALANCE DUE NOTICE**

Thank you for choosing our facilities for your medical needs. This statement represents charges that are due from you, as our system shows no medical insurance is outstanding for payment. Please remit your payment in full or contact patient accounting for any assistance we can provide. If you have a question about how your insurance benefits or co-insurance amounts were determined, please contact your insurance company directly.

| PATIENT NAME | PROVIDER | ACCOUNT # | SERVICE DATE | TOTAL CHARGES | PAYMENTS | ADJUST. | BALANCE OWING |
|---|---|---|---|---|---|---|---|
| | Prov Anchorage | 527900884-0000 | 10-06-2005 | 863.00 | 0.00 | 0.00 | 863.00 |

| PATIENT ACCOUNTING CUSTOMER SERVICE | | |
|---|---|---|
| WEB: http://www.providence.org/Alaska/cso | Balance Due | 863.00 |
| Toll-Free                (866) 397-9269 | Statement Date | 12-01-2005 |
| | Account Number | 527900884-0000 |
| WE ACCEPT PAYMENTS OVER THE PHONE & ONLINE | WID: | K11766783 |
| Make checks payable to: | PROVIDENCE ALASKA MEDICAL CTR PO BOX 34158 SEATTLE WA 98124-1158 | |
| Phone Hours: M-TH 7am-7pm, F 7am-4:30pm | | |

If payment in full has been recently made, Thank you.                    STAT1

4721*10D0TXQDU000482

## PROVIDENCE ALASKA MEDICAL CENTER

**ACCOUNT #:** 0527900884

**DATE OF SERVICE:** 10/06/2005

**CHIEF COMPLAINT:** Seizure, status post assault.

**HISTORY OF PRESENT ILLNESS:** The patient is a very pleasant 58-year-old gentleman who was at the transit center earlier today when he was mugged after checking his ATM balance at an ATM there at 1530. The patient was able to grab onto the suspect who then took off his sweater and left the patient with the sweater. The suspect was caught by security. However, the increased stress during this event caused the patient to feel "woozy" and he has felt that "his brain is pulsating." He states he had two petite mal seizures at home today. He has not had a seizure for approximately two to three months.

**REVIEW OF SYSTEMS:** He said he has had no headache, no nausea, no vomiting, no fever, no chills, no chest pain, no abdominal pain, no weakness, no loss of bowel or bladder function, no tongue biting. He only admits to the seizures and the aura.

**PAST MEDICAL HISTORY:** Epilepsy since birth and nephritis of one kidney.

**PAST SURGICAL HISTORY:** Vagal nerve stimulator.

**CURRENT MEDICATIONS:**
1. Dilantin.
2. Phenobarbital.
3. Keppra.
4. Folic acid.

**ALLERGIES:** No known medical allergies.

**SOCIAL HISTORY:** He sees Dr. Aiken, his neurologist, and has an appointment with Dr. Aiken on October, 11, 2005, which is already scheduled. The patient lives in Anchorage. He does not smoke, drink or use drugs.

**FAMILY HISTORY:** Positive for mother with thyroid disease and sister with epilepsy.

**PHYSICAL EXAMINATION:**
VITAL SIGNS: Heart rate 84, respirations 20, blood pressure 133/85, temperature 96.7 and oxygen saturation of 97%.
GENERAL: He is a very pleasant male in no acute distress.
HEENT: Head is atraumatic, normocephalic. He is PERRLA and EOMI. He has no signs of nystagmus. His TMs are clear bilaterally with good light reflex. His oropharynx is clear without erythema or exudate. His mucosa is moist.
NECK: Supple with full range of motion.
CARDIOVASCULAR: Regular rate and rhythm without murmur, gallop, rubs.
LUNGS: Clear to auscultation bilaterally.

001880995/tra/D: 10/07/2005 3:43 A/T: 10/08/2005 8:32 P          **EMERGENCY ROOM REPORT**
NAME: ███████   DOB: ███████                                    ADMIT DATE: 10/06/2005
BILLING #: A0527900884                                          DISCHARGE DATE: 10/07/2005
PHYSICIAN: Gina Wilson-Ramirez, MD                              MR#: 00-04-95-80
PT TYPE: ESD                                                    PT CLASS: E/R

Printed 12/6/05 2:49 PM
Page #1 ORIGINAL

**PROVIDENCE ALASKA**
**MEDICAL CENTER**

ABDOMEN: Soft, nontender, no rebound, no guarding. He ambulates without any difficulty.
EXTREMITIES: He moves all four extremities well with 5/5 muscle strength.
NEUROLOGICAL: He is alert and orientated x3. He has a Glasgow Coma Scale of 15.

**EMERGENCY DEPARTMENT COURSE:** He had phenobarbital level, which is 37.9. His Dilantin level was 14.7 and his BMP was normal. The patient had no symptoms of seizures while in the emergency department.

**DIAGNOSIS:** Seizure disorder.

**PLAN:** The patient is to continue his normal medicine regimen and follow up with Dr. Aiken or in the emergency department p.r.n. any problems. He will take a cab home.


Electronically Authenticated
Gina Wilson-Ramirez, MD 10/19/2005 12:57_____
Gina Wilson-Ramirez, MD

cc:   Gina Wilson-Ramirez, MD


001880995/tra/D: 10/07/2005 3:43 A/T:10/08/2005 8:32 P                  **EMERGENCY ROOM REPORT**
NAME:              DOB: 02/26/1947                                       ADMIT DATE: 10/06/2005
BILLING #: A0527900884                                                   DISCHARGE DATE: 10/07/2005
PHYSICIAN: Gina Wilson-Ramirez, MD                                       MR#: 00-04-95-80
PT TYPE: ESD                                                             PT CLASS: E/R

Printed 12/6/05 2:49 PM
Page #2ORIGINAL